UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOYCE AND IRVING GOLDMAN
FAMILY FOUNDATION, INC.

Plaintiff,

-v-

ROBERT FALOR, JENNIFER FALOR,
CHRIS FALOR, DAVID FALOR, GUY
MITCHELL and GEOFFREY HOCKMAN

Defendant.

Case No._____

**Rule 7.1 Statement**



Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

JOYCE AND IRVING GOLDMAN FAMILY FOUNDATION, IN   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

There is no such corporation.

**Date:** August 7, 2008

**Signature of Attorney**

**Attorney Bar Code:** MH-7996

Form Rule7_1.pdf  SDNY Web 10/2007